# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR FRANK TORRES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RAYMOND MADDEN, Warden,<br><br>　　　　Respondent. | Case No. CV 15-05159 DMG (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court has further engaged in a *de novo* review of those portions of the Report and Recommendation issued on May 25, 2018, to which Petitioner has objected. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: November 30, 2018

　　　　　　　　　　　　　　　　　　　　/s/ Dolly M. Gee
　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE