# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR FRANK TORRES,<br><br>Petitioner,<br><br>v.<br><br>RAYMOND MADDEN, Warden,<br><br>Respondent. | Case No. CV 15-05159 DMG (RAO)<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: November 30, 2018

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE